UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DARREL WAYNE VANDERGRIFF,

        Petitioner,

vs.

STATE OF WASHINGTON,

        Respondent.

NO. CV-08-5014-RHW

ORDER DISMISSING PETITION

By Order filed April 21, 2008, the court advised Mr. Vandergriff of the deficiencies of his federal habeas petition, and directed him to amend within sixty (60) days. Petitioner did not amend, and he has filed nothing further in this action.

Therefore, for the reasons set forth in the court's prior Order, **IT IS ORDERED** the Petition is **DISMISSED** for lack of personal jurisdiction. *See* Rule 2(a), Rules Governing Section 2254 Cases in the United States District Courts; *Stanley v. California Supreme Court,* 21 F.3d 359, 360 (9th Cir. 1994); *Brittingham v. United States*, 982 F.2d 378, 379 (9th Cir. 1992); *Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989).

///

///

///

ORDER DISMISSING PETITION -- 1

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, enter judgment, forward a copy to Petitioner at this last known address and **close the file**.

**DATED** this 25th day of June 2008.

                    s/Robert H. Whaley
                    ROBERT H. WHALEY
              CHIEF UNITED STATES DISTRICT JUDGE

Q:\CIVIL\2008\Vandergriff\8cv5014rhw-6-20-DISHC.wpd

ORDER DISMISSING PETITION -- 2